```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:13-cr-484-JEC-RGV |
| MUNA HUSSEIN ABDI, et al., | |
| | |
| Defendants. | |

## ORDER

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [68] recommending denying defendants' Motions to Dismiss [29, 30, 69]. On June 17, 2014, defendant Abdi filed Objections [74] to the Report and Recommendation [68] have been filed. The Court has reviewed the Final Report and Recommendation [68] and Objections and concurs with the magistrate judge's decision.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [68] **DENYING** defendants' Motions to Dismiss [29, 30, 69].

Counsel for defendants shall advise the Court by **September 2, 2014** whether defendants wish to enter pleas of guilty or proceed to trial. Excludable time is allowed to commence as of August 1, 2014-September 2, 2014, pursuant to 18 U.S.C. § 3161(h)(6) (to give counsel reasonable time necessary for effective preparation).

AO 72A
(Rev.8/82)

SO ORDERED this 1st day of August, 2014.

                          /s/ Julie E. Carnes
                          JULIE E. CARNES
                          Circuit Judge, sitting by
                          designation as District Judge

AO 72A
(Rev.8/82)